IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-00460-FL-RN

| | |
|---|---|
| DERRICK BROWN, )<br>    Plaintiff, )<br>       v. )<br>)<br>FRANK BISIGNANO[1], )<br>Commissioner of Social Security, )<br>)<br>    Defendant, )<br>_____ ) | ORDER |

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner for Further Administrative Proceedings. Plaintiff's counsel has been contacted regarding the Government's Motion for Remand and consents to the Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 21st day of July, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge