<pre>
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NORTH CAROLINA
                              SOUTHERN DIVISION
</pre>

DERRICK BROWN                          )
           Plaintiff,              )
                                       )
v.                                     )         **JUDGMENT**
                                       )
                                       )         No. 7:25-CV-460-FL
FRANK J. BISIGNANO,                    )
Commissioner of Social Security        )
           Defendant.              )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 21, 2025, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on July 21, 2025, and Copies To:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)


July 21, 2025                          PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk